# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00026-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN THOMAS MOONEY,

    Defendant.

## RECOMMENDATION FOR RETROACTIVE CONCURRENT DESIGNATION

**Blackburn, J.**

    On July 9, 2008, correspondence dated June 30, 2008, from the Bureau of Prisons (BOP) to me was filed. *See* [#35] filed July 9, 2008. In its correspondence the BOP solicited my position as the sentencing judge about the defendant's request for a retroactive, concurrent sentence designation. I required the government and defendant to respond, which they did. *See joint response* [#37] filed August 8, 2008. The government and defendant urge me to recommend a retroactive, concurrent sentence designation, which I do for the reasons stated, arguments advanced, and authorities cited by the parties in their joint response.

    Therefore, I recommend that the Bureau of Prisons grant the defendant's request for a retroactive, concurrent sentence designation to a Colorado Department of Correction's correctional facility to facilitate the service of his state and federal sentences concurrently. It is ordered that a copy of this recommendation shall be served

on the Bureau of Prisons at its Designation & Sentence Computation Center at 346 Marine Forces Drive, Grand Prairie, Texas 75051.

Dated August 11, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**